Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARINE CARPENTERS PENSION FUND; and PACIFIC COAST SHIPYARDS PENSION FUND, | Case No. 3:18-cv-05809 RBL |
| Plaintiffs, | NOTICE OF DISMISSAL OF BANKRUPTCY ACTION RE BARI MARINE HOLDINGS, LLC |
| v. | |
| PUGLIA MARINE, LLC; a Washington limited liability company; PUGLIA ENGINEERING OF CALIFORNIA, INC., a California corporation; 1410 THORNE ROAD, LLC, a Washington limited liability company; BARI MARINE HOLDINGS, LLC, a Washington limited liability company; and NEIL TURNEY, an individual, | |
| Defendants. | |

On August 28, 2019, Plaintiffs Marine Carpenters Pension Fund and Pacific Coast Shipyards Pension Fund (the "Pension Funds") notified the Court that Defendant Bari Marine Holdings, LLC had been placed into involuntary bankruptcy under Chapter 7 of the Bankruptcy Code.[1]

The Pension Funds notify the Court that the Bari Marine Holdings, LLC bankruptcy action has been dismissed. A copy of the bankruptcy court's *Notice of Dismissal* is attached.

---

[1] Notice of Pending Bankruptcy Action, dated August 28, 2019 (Dkt. #39).

NOTICE OF DISMISSAL OF BANKRUPTCY ACTION – 1
3:18-cv-05809 RBL

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

342 005 va021903

1   Dated: January 2, 2020.

2                                    s/  Jeffrey G. Maxwell
                                     Jeffrey G. Maxwell, WSBA #33503
3                                    McKENZIE ROTHWELL BARLOW
                                        & COUGHRAN, P.S.
4                                    1325 Fourth Avenue, Suite 910
                                     Seattle, Washington 98101
5                                    (206) 224-9900
                                     jeffreym@mrbclaw.com
6
                                     Counsel for the Marine Carpenters Pension
7                                    Fund and the Pacific Coast Shipyards Pension
                                     Fund
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF DISMISSAL OF BANKRUPTCY ACTION – 2
3:18-cv-05809 RBL

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

342 005 va021903

1

## CERTIFICATE OF SERVICE

2          I certify that on Thursday, January 2, 2020, I caused the *Notice of Dismissal of*

3   *Bankruptcy Action re Bari Marine Holdings, LLC* to be filed with the Clerk of Court and

4   served via CM/ECF on:

5
        *For Defendants Puglia Marine, LLC, Puglia Engineering of California, Inc.,*
          *1410 Thorne Road, LLC, Bari Marine Holdings, LLC, and Neil Turney*
6       Richard Birmingham, WSBA #8685
        Joseph P. Hoag, WSBA #41971
7       Davis Wright Tremaine, LLP
        1201 Third Avenue, Suite 2200
8       Seattle, WA 98101-3045
        (206) 622-3150
9       richbirmingham@dwt.com
        josephhoag@dwt.com

10
        *For Interested Party Unsecured Creditors Committee of Puglia Engineering, Inc.*
11      Benjamin A. Ellison, WSBA #48315
        DBS Law, PLLC
        155 NE 100th Street, Suite 205
12      Seattle, Washington 98125
        (206) 259-2950
13      bellison@lawdbs.com

14
        Dated:  January 2, 2020.
15
                                    s/  Jeffrey G. Maxwell
16                                  Jeffrey G. Maxwell, WSBA #33503

17

18

19

20

21

22

23

NOTICE OF DISMISSAL OF BANKRUPTCY ACTION – 3
3:18-cv-05809 RBL

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

342 005 va021903

Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

Case No.:  19–42851–BDL
Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bari Marine Holdings LLC
22452 SE Sawyer Ridge Way
Black Diamond, WA 98010

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **November 5, 2019 for Bari Marine Holdings LLC, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: <u>November 5, 2019</u>

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court