# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARINE CARPENTERS PENSION FUND; and PACIFIC COAST SHIPYARDS PENSION FUND,<br><br>    Plaintiffs,<br> v.<br><br>PUGLIA MARINE, LLC; a Washington limited liability company; PUGLIA ENGINEERING OF CALIFORNIA, INC., a California corporation; 1410 THORNE ROAD, LLC, a Washington limited liability company; BARI MARINE HOLDINGS, LLC, a Washington limited liability company; and NEIL TURNEY, an individual,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C18-5809-RBL |

\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered it verdict.

_X_ **Decision by Court.**  This action came to consideration before the Court on the Parties' stipulations (Dkt. ##45, 51) and the Court's orders on the Parties' stipulations (Dkt. ##46, 52).  The issues have been considered and a decision has been rendered.

The Court ORDERS, DECREES, and ADJUDGES that:

1. The Court finds that Defendants have joint and several liability to the Marine Carpenters Pension Fund for $2,604,942.00, consisting of:

  a. Principal sum of withdrawal liability assessed at $2,170,785.00; and

  b. Liquidated damages of $434,157.00.

JUDGMENT – 1

2. The Court finds that Defendant Turney is also liable to the Marine Carpenters Pension Fund for an additional $111,739.86 in prejudgment interest;

3. The Court finds that Defendants have joint and several liability to the Pacific Coast Shipyards Pension Fund for $17,865,025.20:

    a. Principal sum of withdrawal liability assessed at $14,887,521.00; and

    b. Liquidated damages of $2,977,504.20.

4. The Court finds that Defendant Turney is also liable to the Pacific Coast Shipyards Pension Fund for an additional $765,280.12 in prejudgment interest;

5. Defendants have joint and several liability to the Marine Carpenters Pension Fund and the Pacific Coast Shipyards Pension Fund for $42,067.50 in attorney fees;

6. Defendant Turney is also liable to the Marine Carpenters Pension Fund and the Pacific Coast Shipyards Pension Fund for an additional $447.50 in costs; and

7. Post-judgment interest on the above amounts shall be assessed at the federal judgment interest rate in effect at the date of judgment until paid in full.

Dated this 21st day of October 2020.

William M. McCool
Clerk of Court

Deputy Clerk

JUDGMENT – 2